* 12-19-2014    Pg
Ldo,195-a,-o2,    Pg

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

* TO: Austin, Texas Court of Criminal Appeals Clerk —
Abel Acosta —

Hello, I am really needing to if possible check and see
on record, exactly how many times, since my first that
I know of time, to ever have my case reviewed by the
Austin, Texas Court of Criminal Appeals Judges Panel; which
was wrongly denied back in 2007 on Wednesday July 25,
2007, *now I need to know how many times Has my
case been [reviewed and denied] [reviewed and looked at]
by the Judges Panel at the Austin, Texas Court of Criminal Appeals.
* Mr. Acosta, I have never, but for some reason have never
* been sent any paperwork- letter in the mail; *but only that one
time back in 2007 on [7-25-2007], and *by state law I am
supposed to be sent a [notification letter] by the Austin, Texas
Judges Panel; *that reviewed my [2 case appeal - 11:07 Appelit
~~~~~~ - [Writ of Habeas Corpus]] * but only have one time now. —

* Mr. Acosta, can you please help to look and find out for me
when my *last time was that the State Appeals Judges Panel at
the Austin, Court of Criminal Appeals has reviewed my [2 case -
11:07 Writ of Habeas Corpus] and *my entire Appelite Brief Folder
and then *please write me back and *tell me when that was, and
* tell me how many times; and *on what specific dates; *plus [can
you please arrange to have copies of every time; since 2007's Court
of Criminal Appeals's Denial *[all of the paperworks - decision
and comments made by the Judges Panel for each Appeal Review]
* made [Copies Of]; and *please mail - [send them to me, along with
* [[2] new 11:07 Writ of Habeas Corpus Copies], *so that I can install a
more recent - updated [11:07].] *also - Mr. Acosta, I need
Pg 2] to know

[continued from Page 1]: and I do need for you to please tell me if it is possible to write the Head Judge on the Panel of Judges that reviewed my last - most recent appeal; and are all of those Judges still assigned to that same Court Room and Panel of Judges, and what are [all] of those Judges names and who - what is the name of the Head Judge on the Panel; that I can write to, in order be able to ask a couple of questions, and point out perhaps ~~some~~ some information that he did [NOT] fully understand, and that was possibly the reason why he gave me the Appeal Denial. * Please do tell me if it is mandatory that the Judges Panel, are supposed to; by Texas-State Law, actually - do have to [send] an inmate in TDCJ-State Prison, a letter of reasons and *Summary Explaination Report; when his Panel of Judges ~~denied~~ denies an inmates Appeal. * I am 100 percent sure that they are supposed to have to do so. * I would very much appreciate all of your help, with helping me with *[all] of my requests. * Please write me back and *[send] me in the mail; all of my *requested paperwork, *that I do really need to get. * Again, thank you for your - time, and have a *Merry Christmas and *Happy New Year 2014-2015! * Take care for now. * Thank You. ☺

* My Adress

Scott Houchins #1174963
Bill Clements Unit - Ad Seg Unit - E - 21 cell
9601 Spur 591
Amarillo, Texas 79107-9606